[No. 14104–0–I.   Division One.   December 31, 1984.]

*In the Matter of* RYAN JOSEPH KIBLER.

TAMMY ROYBAL, ET AL, *Appellants,* v. EDWARD
KIBLER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 83–3–03023–8, Michael E. Donohue, J., entered
December 16, 1983. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Callow and Scholfield, JJ.

[No. 14199–6–I.   Division One.   December 31, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
R. DALTON, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 83–1–00277–4, Stuart C. French, J.,
entered December 27, 1983. *Dismissed* by unpublished per
curiam opinion.

[No. 14713–7–I.   Division One.   December 31, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
FLOYD JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–1–03566–6, Liem E. Tuai, J., entered April
11, 1984. *Dismissed* by unpublished per curiam opinion.

[No. 6779–0–II.   Division Two.   December 31, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
JAY DEARINGER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82–1–01164–1, Robert H. Peterson, J., entered
December 3, 1982. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Petrich, C.J., and Reed, J.